The People of the State of New York ex rel. Eugene R. Pommer, Appellant, v. Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.— Orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Frances Gurney, Respondent, v. Connecticut Cab Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin. Laughlin, Clarke and Scott, JJ.

Edward Gurney, Respondent, v. Connecticut Cab Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William L. Youngman, Appellant, Respondent, v. Fidelity and Deposit Company of Maryland, Respondent, Appellant.—Judgment affirmed, with costs to plaintiff. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nicola Coglio, Respondent. v. Bradley Contracting Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke, J., dissented.

In the Matter of the Probate of the Last Will and Testament of Mary McManemee, Deceased. John J. Meagher, Appellant; Julia Byrne, as Executrix, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur H. Kirkpatrick and Others, as Trustees, etc., Respondents, v. Adolph L. Blau, as One of the City Marshals of the City of New York, Appellant.— Order amending verdict by adding interest reversed, with ten dollars costs and disbursements; judgment modified by striking therefrom the interest on the verdict and as so modified affirmed, without costs; order denying motion for new trial affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott. JJ. Order to be settled on notice.

Raymond Dunn, Appellant, v. McMullen-Snare & Triest, Inc., Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Burton W. Gibson, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Santi Amoroso, Respondent, v. The Fruit Auction Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingra-